Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. **CV05-03966-MRP(VBKx)**
**Master File**
CV05-04056-MRP(VBKx)
CV05-04108-MRP(VBKx)
CV05-04122-MRP(VBKx)
CV05-04229-MRP(VBKx)
CV05-04240-MRP(VBKx)
CV05-05566-MRP(VBKx)
CV05-06898-MRP(VBKx)

Date: April 5, 2006

Title: IN RE DREAMWORKS ANIMATION, SKG, INC. SECURITIES LITIGATION (AND RELATED CONSOLIDATED CASES)

===========================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Marva Dillard
Courtroom Clerk

Sheri Kleeger
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

ERIC LECHTZIN
TODD M. MOSSER
CHRISTOPHER KIM
SETH D. RIGRODSKY

ATTORNEYS PRESENT FOR DEFENDANTS:

FRANCIS P. BARRON
KARIN A. DeMASI
MATTHEW N. FALLEY

**PROCEEDINGS:** DEFENDANTS ROGER ENRICO, KATHERINE KENDRICKS, KRISTINE M. LESLIE, DREAMWORKS ANIMATION, SKG, INC., AND JEFFREY KATZENBERG'S MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (Filed February 3, 2006)

The parties are present.

The above-entitled Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint is held.

The Court and counsel confer.

The matter stands submitted.

DOCKETED ON CM
APR - 7 2006
BY MG 009

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk
Time: 1 Hour

9